[No. 7053–7–II.  Division Two.  December 5, 1985.]

THOMAS W. HRANAC, ET AL, *Respondents*, v. RUSSELL E. DARRIN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–2–00528–9, John H. Kirkwood, J., entered May 20, 1983. *Affirmed as modified* by unpublished

opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.